AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | Case No: <u>4:07-787-002 (TLW)</u> |
| --- | --- | --- |
|  | ) | USM No: <u>87201-071</u> |
| -versus- | ) | <u>Pro se</u> |
|  | ) | Defendant's Attorney |
| **Albergail McFadden** | ) |  |
|  | ) |  |

Date of Previous Judgment: <u>November 19, 2008</u> )
*(Use Date of Last Amended Judgment if Applicable)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u>  ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** <u>(Doc.# 197)</u>**.**   This case does not qualify because the mandatory minimum overrides the guidelines.

**IT IS SO ORDERED**.

Order Date:    <u>April 9, 2012</u>               s/ Terry L. Wooten
                                                                         *Judge's signature*

Effective Date:                                                  Terry L. Wooten, United States District Judge
*(if different from above)*